MARY FROST, The (DAVEY v.). See Cases Nos. 3,591 and 3,592.

MARY GRATWICK, The (WHITNEY v.). See Case No. 17,591.

## Case No. 9,213.

### The MARY HALE.

### GEIGER et al. v. The MARY HALE.

[5 Adm. Rec. 471.]

District Court, S. D. Florida. March 3, 1856.

SALVAGE—RISK—EXPOSURE — AMOUNT — SEAMEN ON BOARD—EXTRAORDINARY SERVICE.

[1. Eight vessels saved materials and cargo of a vessel lost on Keysal Bank, of the value of $35,364. The services were rendered in bad weather, and under circumstances of some exposure and risk to the salving vessels. *Held*, that the salvors were entitled to from 36 per cent. to 45 per cent. of the value of the property saved.]

[Cited in Baker v. The Slobodna, 35 Fed. 542.]

[2. The services of the mate and four men of the wrecked vessel in crossing the gulf in an open boat to procure assistance, being extraordinary and beyond the line of their duty, were salvage services, for which they were entitled to $300.—$100 to the mate, and $50 to each of the men.]

[This was a libel by John H. Geiger and others against the cargo and materials of the ship Mary Hale for salvage services.]

Wm. R. Hackley and S. J. Douglas, for libellants.

Winer Bethel, for respondent.

MARVIN, District Judge. This ship, laden with cotton, from New Orleans bound to Trieste, was lost on Keysal Bank. The mate with four men, at the request of the master, crossed the gulf in an open boat, and brought information of the ship's condition to the wreckers in this port. Eight wrecking vessels, within a few days proceeded to the wreck, and saved the ship's materials and nine hundred and seventy bales of cotton. The ship's materials and two hundred and seventy three bales of the cotton have been sold; the residue of the cargo and materials saved is $35,-364.37. These services were mostly rendered in bad weather, and under circumstances of some exposure and risk to the salving vessels; and, in my judgment, thirty six per cent. on the value is a reasonable salvage except as to the Relampago, which vessel ought to be allowed forty-five per cent. on the amount saved by her.

The services of the mate and the four men in crossing the gulf in an open boat to procure assistance were extraordinary and beyond the line of their duty, and entitle them to compensation. One hundred dollars to the mate and fifty to each of the men is a reasonable compensation.